# Order

Michigan Supreme Court
Lansing, Michigan

January 26, 2018

156341

SEJASMI INDUSTRIES, INC.,
          Plaintiff/Counterdefendant-
          Appellee,

v

A+ MOLD, INC., d/b/a TAKUMI
MANUFACTURING COMPANY,
          Defendant/Cross-Defendant,

and

QUALITY CAVITY, INC.,
          Defendant/Counterplaintiff/Cross-
          Plaintiff/Third-Party Plaintiff-
          Appellant,

and

NKL MANUFACTURING, INC.,
          Third-Party Defendant.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156341
COA: 336205
Macomb CC: 2014-004273-CB

On order of the Court, the application for leave to appeal the July 27, 2017 order and the April 25, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

VIVIANO, J., not participating due to a familial relationship with the presiding circuit court judge in this case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2018

Clerk

a0123